IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROBERT EARL ROBINSON                                                                        PETITIONER

v.                                       Case No. 1:23-cv-01096

ASHLEY COUNTY SHERIFF'S
DEPARTMENT, and ASHLEY COUNTY
SHERIFF'S OFFICE                                                                            RESPONDENTS

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On October 25, 2023, Petitioner Robert Earl Robinson ("Robinson") filed a Writ of Habeas Corpus and a Motion for Leave to Proceed in Forma Pauperis ("IFP"). ECF Nos. 1, 2. On November 7, 2023, the Court granted Robinson's motion to proceed IFP. ECF No. 4.

Upon review of the Petition, the Court determined it was unclear which conviction Petitioner was challenging. Accordingly, the Court ordered Petitioner to supply the Court with the following information by December 7, 2023: (1) whether he was challenging a state or federal conviction; (2) if he was challenging a state conviction, the full details of the case, including case number and specific court of conviction; (3) state the date he was convicted and the length of his state court sentence; (4) whether he appealed his state court conviction or filed for post-conviction relief and the result of such requested relief (if any was filed); (5) whether he will be released to the Arkansas Department Correction upon the completion of his federal sentence (if any); and (6) the time he will have remaining in state custody (including any period of parole or probation) after his release from the custody of the Federal Bureau of Prisons.[1]  ECF No. 4. The order also informed Robinson if he failed to provide this information to the Court by December 7, 2023, his Petition may be dismissed.

---

[1] Robinson filed a separate petition with this court on July 20, 2023, which appeared to allege a claim of unconstitutional condition of confinement against the Warden of the Forrest City FCI, located in Forrest City, Arkansas.  *See Robinson v. Federal Bureau of Prisons*, Case No. 1:23-cv-1073.  This case was transferred to the Eastern District of Arkansas.  It did not appear to have any relation to the instant petition.

To date, Robinson has not responded to the Court's order. Accordingly, the Court recommends this case be **DISMISSED WITHOUT PREJUDICE** under Rule 41(b) of the Federal Rules of Civil Procedure for failure to follow an order of this Court and failure to prosecute this action. *See* FED. R. CIV. P. 41(b). *See also Link v. Wabash R.R. Co.,* 82 S.Ct. 1386 (1962) (recognizing that consistent with Rule 41(b) of the Federal Rules of Civil Procedure, a district court has the "inherent power" to dismiss a case *sua sponte* without affording notice or providing a hearing).

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court**. *See Thompson v. Nix*, **897 F.2d 356, 357 (8th Cir. 1990).**

**DATED** this **12th day of January 2024.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE