IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROBERT EARL ROBINSON                                                                    PETITIONER

v.                                            Case No. 1:23-cv-1096

ASHLEY COUNTY SHERIFF'S
DEPARTMENT; and ASHLEY
COUNTY SHERIFF'S OFFICE                                                                 DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 17. Judge Bryant recommends that Petitioner Robert Earl Robinson's petition for writ of habeas corpus (ECF No. 1) be dismissed with prejudice for procedural default. Judge Bryant notes that Petitioner failed to ever pursue his state remedies prior to filing his petition as required by 28 U.S.C. § 2254, and that the time to do so elapsed more than one year ago. Judge Bryant also recommends that no Certificate of Appealability be issued. Petitioner has not filed an objection to the R&R and the time to do so has passed.[1] *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R *in toto*. Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is hereby **DISMISSED WITHOUT PREJUDICE**. The Court issues no Certificate of Appealability with this Order.

**IT IS SO ORDERED**, this 18th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge

---

[1] Plaintiff filed a response (ECF No. 18) to the Defendants' response (ECF No. 16) to his petition but never filed any objection to the instant R&R.