IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROBERT EARL ROBINSON                                                                    PETITIONER

v.                                    Case No. 1:23-cv-1096

DEXTER PAYNE, Director of the Arkansas
Division of Correction                                                                  DEFENDANT

## ORDER

Before the Court is Defendant's Motion to Alter Judgment pursuant to Federal Rule of Civil Procedure 59(e).  ECF No. 20.  The Court previously adopted a Report and Recommendation and dismissed petitioner's Petition for Writ of Habeas Corpus.  ECF No. 19.  In the instant motion, Defendant argues that the Court's order incorrectly dismissed the petition without prejudice.  Defendant notes that the dismissal resulted from Petitioner failing to exhaust the required state remedies and contends that such a dismissal is equivalent to a determination on the merits.

Upon review, the Court finds that Defendant has shown good cause for the instant motion.  Petitioner's petition was dismissed because his claims were procedurally defaulted.  *See Walker v. Lockhart*, 852 F.2d 379, 381 (8th Cir. 1988), *cert. denied*, 489 U.S. 1088 (1989).  Dismissal for such procedural default functions as a final determination on the merits.  *See Caton v. Clarke,* 70 F.3d 64, 65 (8th Cir.1995) (per curiam), *cert. denied,* 517 U.S. 1173 (1996).  Accordingly, Defendant's Motion to Alter Judgment (ECF No. 20) is hereby **GRANTED**.  Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 9th day of June, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge